UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

CITY OF BROCKTON RETIREMENT
SYSTEM, Individually and on Behalf of all
Others Similarly Situated,

                Plaintiff,

vs.

AVON PRODUCTS, INC.; ANDREA JUNG;
CHARLES W. CRAMB; STEPHEN
IBBOTSON; SIMON N.R. HARFORD;
RICHARD S. FOGGIO; W. DON CORNWELL;
EDWARD T. FOGARTY; FRED HASSAN;
MARIA ELENA LAGOMASINO; ANN S.
MOORE; PAUL S. PRESSLER; GARY M.
RODKIN; PAULA STERN; LAWRENCE A.
WEINBACH; and V. ANN HAILEY,

                Defendants.

---------------------------------------------------------- x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/11

Civil Action No. 11 Civ. 4665 (PGG)

STIPULATION AND ORDER

## STIPULATION AND ORDER ADJOURNING THE TIME FOR DEFENDANTS TO ANSWER, MOVE TO DISMISS OR OTHERWISE RESPOND TO THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that plaintiff shall have until 60 days after the entry of an order appointing lead plaintiff and approving lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3) to file an amended complaint, and the time of all defendants to answer, move to dismiss or otherwise respond to the Complaint shall be extended to 60 days after the filing of such amended or consolidated complaint. Plaintiff shall have 60 days after defendants file any motion to dismiss or other response to file any response and defendants will have 45 days thereafter to file any reply.

IT IS FURTHER ACKNOWLEDGED THAT, as 15 U.S.C. § 78u-4(b)(3)(B) provides, all discovery, including initial disclosures pursuant to Fed. R. Civ. P. 26(a), shall be stayed through the pendency of the motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

DEFENDANTS ACKNOWLEDGE, without waiver of any arguments or defenses, including defenses related to personal jurisdiction, receipt of a copy of the Complaint in this action as of the date the Court "so orders" and enters this Stipulation, and agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring service of judicial process in the manner provided for by Fed. R. Civ. P. 4.

IT IS FURTHER STIPULATED AND AGREED THAT nothing herein shall be deemed to constitute a waiver of, and defendants do not waive and expressly preserve, all arguments and defenses in the above-captioned action, including defenses related to personal jurisdiction.

Dated: New York, New York
July 20, 2011

COHEN, MILSTERN, SELLERS & TOLL PLLC

By /s/ _____
Christopher Lometti (CL-9124)
Daniel B. Rehns (DR-5506)
88 Pine Street
New York, New York 10015
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

Steven J. Toll
1100 New York Avenue NW, Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Liaison Counsel for Plaintiff*

BERMAN DEVALERIO

Jeffrey C. Block (JCB-0387)
Justin Saif
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

*Attorneys for Plaintiff*

WACHTELL, LIPTON, ROSEN & KATZ

By /s/ _____
Peter C. Hein (PH-5279)
William J. Martin (WM-3347)
51 West 52nd Street
New York, New York 10019-6150
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Defendants*

SO ORDERED:

_____   July 21, 2011