UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF BROCKTON RETIREMENT
SYSTEM, Individually and on Behalf of all
Others Similarly Situated,

                Plaintiffs,

    -vs-

AVON PRODUCTS, INC., ANDREA
JUNG, and CHARLES W. CRAMB,

                Defendants.

Civil Action No. 11 Civ. 4665 (PGG)

---

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
## FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION

MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450

*Lead Counsel and Counsel for Lead Plaintiffs
LBBW Asset Management Investmentgesellschaft mbH
and Société Générale Securities Services GmbH*


WOLF POPPER LLP
845 Third Avenue
New York, NY  10022
Telephone:  (212) 759-4600
Facsimile:  (212) 486-2093

*Counsel for Named Plaintiff Metropolitan
Water Reclamation District Retirement
Fund*

BERMAN DEVALERIO
One Liberty Square
Boston, MA  02109
Telephone:  (617) 542-8300
Facsimile:  (617) 542-1194

*Counsel for Named Plaintiffs City of
Brockton Retirement System and the
Louisiana Municipal Police Employees'
Retirement System*

DATED:  October 27, 2015

PLEASE TAKE NOTICE that on December 1, 2015, at 10:00 a.m. at the United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 705, New York, NY 10007, Lead Plaintiffs LBBW Asset Management Investmentgesellschaft mbH and Société Générale Securities Services GmbH (collectively, "Lead Plaintiffs"), and Named Plaintiffs City of Brockton Retirement System, Metropolitan Water Reclamation District Retirement Fund, and Louisiana Municipal Police Employees' Retirement System (collectively, "Named Plaintiffs," and, with Lead Plaintiffs, "Plaintiffs"), on behalf of the proposed Class,[1] will respectfully move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for orders granting final approval of (a) the proposed Settlement (including entry of the [Proposed] Final Judgment Approving Class Action Settlement in the form previously annexed as Exhibit B to the Stipulation and Agreement of Settlement (ECF No. 71-2)), and (b) the Plan of Allocation. At that same time, Plaintiffs will seek final certification of the Class as provided for in the [Proposed] Final Judgment, the appointment of Plaintiffs as Class Representatives, and the appointment of Lead Counsel as Class Counsel.  Defendants do not oppose this motion. Plaintiffs will submit a [Proposed] Revised Final Judgment (annexing a table of all timely and valid exclusion requests) together with Plaintiffs' reply papers in further support of final approval of the Settlement on November 24, 2015 (following the November 10, 2015 deadline for the submission of exclusion requests).

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Plaintiffs submit and are filing herewith:  Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Settlement and Plan of Allocation, dated October 27, 2015; and the Declaration of Gregg S. Levin in Support of (i) Plaintiffs' Motion for Final Approval of Settlement and Plan of

---

[1]  Capitalized terms not defined in this Notice of Motion and Motion have the meaning ascribed to them in the Stipulation and Agreement of Settlement dated as of July 22, 2015.

1

Allocation, and (ii) Lead Counsel's Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Reimbursement of Plaintiffs' Expenses, dated October 27, 2015, with annexed exhibits.

Respectfully submitted,

Dated:  October 27, 2015

| MOTLEY RICE LLC | WOLF POPPER LLP |
|---|---|
| By: /s/ *Gregg S. Levin* <br> Gregg S. Levin <br> William S. Norton <br> 28 Bridgeside Blvd. <br> Mount Pleasant, SC  29464 <br> Tel:    (843) 216-9000 <br> Fax:   (843) 216-9450 <br> glevin@motleyrice.com <br> bnorton@motleyrice.com | By: /s/ *Lester L. Levy* <br> Lester L. Levy <br> Joshua W. Ruthizer <br> 845 Third Avenue <br> New York, NY 10022 <br> Telephone:  (212) 759-4600 <br> Facsimile:  (212) 486-2093 <br> llevy@wolfpopper.com <br> jruthizer@wolfpopper.com |
| -and- <br><br> William H. Narwold <br> One Corporate Center <br> 20 Church St., 17th Floor <br> Hartford, CT  06103 <br> Tel:    (860) 882-1676 <br> Fax:   (860) 882-1682 <br> bnarwold@motleyrice.com | *Counsel for Named Plaintiff Metropolitan Water Reclamation District Retirement Fund* <br><br> BERMAN DEVALERIO <br><br> By: /s/ *Bryan A. Wood* <br> Bryan A. Wood <br> One Liberty Square <br> Boston, MA  02109 <br> Tel:    (617) 542-8300 <br> Fax:   (617) 542-1194 <br> bwood@bermandevalerio.com |
| *Lead Counsel and Counsel for Lead Plaintiffs LBBW Asset Management Investmentgesellschaft mbH and Société Générale Securities Services GmbH* | *Counsel for Named Plaintiffs City of Brockton Retirement System and the Louisiana Municipal Police Employees' Retirement System* |

- All Plaintiffs' counsel consent to the use of their electronic signatures. -

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2015, I caused Plaintiffs' Notice of Motion and Motion for Final Approval of Settlement and Plan of Allocation to be served by the Court's Electronic Case Filing system upon:

| | |
|---|---|
| Peter C. Hein | Reid M. Figel |
| Courtney L. Shike | Jessica C. Collins |
| Wachtell, Lipton, Rosen & Katz | Kellogg, Huber, Hansen, Todd, |
| 51 West 52nd Street |    Evans & Figel, P.L.L.C. |
| New York, NY  10019 | 1615 M Street, NW, Suite 400 |
| PCHein@wlrk.com | Washington, DC  20036 |
| CLShike@wlrk.com | rfigel@khhte.com |
| | jcollins@khhte.com |
| *Attorneys for Defendants* | |
| *Avon Products, Inc. and Andrea Jung* | *Attorneys for Defendant Charles W. Cramb* |

Dated: October 27, 2015                                   /s/ *Gregg S. Levin*
       Mt. Pleasant, SC                                        Gregg S. Levin
                                                         MOTLEY RICE LLC