UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case NO. 1:11-Cv- 04665-PGG

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 22, 2016

CITY of BROCKTON RETIREMENT )
SYSTEM Individually and On Behalf )
of All Others Similarly Situated. )
)
               Plaintiffs, )
)
    v. )
)
AVON PRODUCTS, INC. et. al. )
)
             Defendants. )
)

NOTICE OF APPEAL

Notice is hereby given that James J. Hayes, a pro se objector in the above captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit the Order granting attorneys' fees filed on August 25, 2016.

Dated: September 19, 2016
Annandale, VA

James J. Hayes
Pro Se Objector
4024 Estabrook Dr.
Annandale, VA 22003
Tel. (703) 941-4694

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case NO. 1:11-Cv- 04665-PGG

| | |
|---|---|
| CITY of BROCKTON RETIREMENT SYSTEM Individually and On Behalf of All Others Similarly Situated.<br><br>Plaintiffs,<br><br>v.<br><br>AVON PRODUCTS, INC. et. al.<br><br>Defendants. | NOTICE OF APPEAL |

Notice is hereby given that James J. Hayes, a pro se objector in the above captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit the Order granting attorneys' fees filed on August 25, 2016.

Dated: September 19, 2016
Annandale, VA

James J. Hayes
Pro Se Objector
4024 Estabrook Dr.
Annandale, VA 22003
Tel. (703) 941-4694

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case NO. 1:11-Cv- 04665-PGG

| | |
|---|---|
| CITY of BROCKTON RETIREMENT SYSTEM Individually and On Behalf of All Others Similarly Situated.<br><br>Plaintiffs,<br><br>v.<br><br>AVON PRODUCTS, INC. et. al.<br><br>Defendants. | NOTICE OF APPEAL |

Notice is hereby given that James J. Hayes, a pro se objector in the above captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit the Order granting attorneys' fees filed on August 25, 2016.

Dated: September 19, 2016
Annandale, VA

James J. Hayes
Pro Se Objector
4024 Estabrook Dr.
Annandale, VA 22003
Tel. (703) 941-4694

James J. Hayes
4024 Estabrook Dr.
Annandale, VA 22003

September 19, 2016

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: City of Brockton Ret. Sys. v. Avon Products, Inc. et. al., 1:11-Cv- 04665-PGG

Dear Sir/Madam:

Enclosed for filing is a Notice of Appeal in the above captioned case. Also enclosed are two copies of the Notice and check in the amount of $505 for filing fees.

Best wishes.

Sincerely,

James J. Hayes
Pro Se Objector

```
Court Name: District Court
Division: 1
Receipt Number: 465401162555
Cashier ID: Dacevedo
Transaction Date: 09/23/2016
Payer Name: FOUNDATION FOR EFFICIENT MKT

NOTICE OF APPEAL/DOCKETING FEE
 For: FOUNDATION FOR EFFICIENT MKTS
 Amount:         $505.00

CHECK
 Check/Money Order Num: 18
 Amt Tendered:   $505.00

Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

11CV4665
```



4024 Estabrook Dr.
Annandale, VA 22003

Clerk of the Court
U.S. District Court
S.D.N.Y.
500 Pearl Street
New York, NY 10007

NNO 149
VA 220
19 SEP '16
PM 5 L



U S POSTAGE
PAID
MERRIFIELD, VA
22116
SEP 19, 16
AMOUNT
$0.47
R1305E125314-05

1000    10007