

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.216.9450

**Gregg S. Levin**
*Licensed in DC, MA, SC*
direct: 843.216.9512
glevin@motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

www.motleyrice.com

February 21, 2018

<u>**Filed via ECF**</u>
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
   for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2204
New York, NY 10007

   RE:   *City of Brockton Retirement System v. Avon Products, Inc. et al.*,
          No. 1:11-cv-04665-PGG (S.D.N.Y.)

Dear Judge Gardephe:

I respectfully write on behalf of Plaintiffs in the above-referenced action and pursuant to Rule 4(H) of Your Honor's Individual Rules of Practice, which provides that "[i]f a motion is not decided within 90 days of the time it is fully submitted or of argument, counsel for the movant shall submit a letter to call this fact to the Court's attention."

On November 20, 2017, Plaintiffs filed a Motion to Distribute Settlement Fund. This letter serves to bring to the Court's attention that more than ninety days have passed and the Motion awaits a ruling from Your Honor.

I am available to answer any questions Your Honor may have.

Respectfully,

*/s/ Gregg S. Levin*

Gregg S. Levin

   cc:     All Counsel of Record (via ECF)